FIL__

05 APR 21 PH 3 4_

ROBERT R. D_ _ _ IO
CLERK, U.S. DI_ _ CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMERICAN COPPER & BRASS, INC. and THE BANKRUPT ESTATE OF SMITH AND WOFFORD PLUMBING AND INDUSTRIAL SUPPLY, INC., on behalf of themselves and all others similarly situated, | No. 04-2771-DIV |
| Plaintiffs, | Honorable Judge Bernice Donald |
| v. | |
| BOLIDEN AB, et al., | |
| Defendants. | |

## ORDER GRANTING DEFENDANT, HALCOR S.A.'S, MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

It appearing to the Court that the Motion of Defendant, Halcor S.A., for Enlargement of Time in Which to Answer, Move or Otherwise Respond to Plaintiffs' Complaint is well taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant, Halcor S.A., is granted an enlargement of time through and including May 16, 2005, to answer, move or otherwise respond to the Plaintiffs' Complaint.

Entered this 21ST day of April, 2005.

By: _Duane K Vroom_
~~HONORABLE BERNICE B. DONALD~~

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 4-22-05

63

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Order Granting Defendant, Halcor S.A.'s, Motion for Enlargement of Time to Respond to Plaintiffs' Complaint has been sent via U.S. Mail, postage prepaid to all counsel of record this _____ day of April, 2005.



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Honorable Bernice Donald
US DISTRICT COURT