FILED BY _____ D.C.

05 MAY 11 AM 6:46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMERICAN COPPER & BRASS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOLIDEN AB; BOLIDEN FABRICATION AB; BOLIDEN CUIVRE & ZINC S.A.; HALCOR S.A.; HME NEDERLAND BV; IMI PLC; IMI KYNOCH LTD.; YORKSHIRE COPPER TUBE LTD; KM EUROPA METAL AG; TREFIMETAUX SA; EUROPA METALLI SPA; MUELLER INDUSTRIES, INC; WTC HOLDING COMPANY, INC.; MUELLER EUROPE LTD; DENO HOLDING COMPANY, INC.; DENO ACQUISITION EURL; OUTOKUMPU OYJ; OUTOKUMPU COPPER PRODUCTS OY; WIELAND WERKE AG; AUSTRIA BUNTMETALL AG; and BUNTMETALL AMSTETTEN G.M.B.H.,<br><br>Defendants. | CIVIL ACTION NO. 04-2771 – D V |

## ORDER FOR ADMISSION PRO HAC VICE

Upon motion by counsel for defendants IMI plc and IMI Kynoch Ltd., the plaintiff's lack of opposition to the motion, and for good cause shown, it is hereby

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-12-05

75

ORDERED that Mark S. Olson and Ranelle A. Leier of the law firm of Oppenheimer, Wolff & Donnelly, LLP, 3300 Plaza VII Building, 45 South Seventh Street, Minneapolis, Minnesota 55402-1609, are hereby admitted to the bar of this court *pro hac vice* for the purpose of acting as counsel for defendants IMI plc and IMI Kynoch Ltd., in the above-captioned matter.

UNITED STATES DISTRICT JUDGE

Date: May 11, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Honorable Bernice Donald
US DISTRICT COURT