IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re COPPER TUBING LITIGATION

| | |
|---|---|
| This Document Related To: | Master File NO. 04-2771- DV |
| All Actions | District Judge Bernice B. Donald<br>Magistrate Judge Diane K. Vescovo |

## ORDER GRANTING CERTAIN DEFENDANTS' MOTION TO FILE BRIEF IN EXCESS OF TWENTY PAGES

The Court having considered defendants Mueller Industries, Inc., WTC Holding Company, Inc., DENO Holding Company, Inc., KME America Inc., Outokumpu Copper (U.S.A.), Inc., and Wieland Metals, Inc.'s Motion to File Brief in Excess of Twenty Pages and the memorandum in support thereof and finding it to be well taken,

IT IS HEREBY ORDERED THAT the moving defendants have leave to file a brief in excess of twenty pages in support of their motion to dismiss.

UNITED STATES JUDGE

ENTERED THIS 11 day of May, 2005

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was duly served on counsel for plaintiffs in this action on May 6, 2005, by delivery to the following by the method indicated:

| | |
|---|---|
| Paul Kent Bramlett<br>BRAMLETT LAW OFFICES<br>P.O. Box 150734<br>Nashville, TN 37215-0734<br>(By Regular Mail) | Mary Jane Edelstein Fait<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, IL 60603<br>(By Federal Express) |
| B.J. Wade<br>GLASSMAN, EDWARDS, WADE &<br>WYATT, P.C.<br>26 N. Second Street<br>Memphis, TN 38103<br>(By Hand Delivery) | William M. Audet<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street<br>Suite 600<br>San Jose, CA 95112<br>(By Federal Express) |

_____
Robert L. Crawford

510666.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Honorable Bernice Donald
US DISTRICT COURT