IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



AMERICAN COPPER & BRASS, INC. and
THE BANKRUPT ESTATE OF SMITH AND
WOFFORD PLUMBING AND INDUSTRIAL
SUPPLY, INC., on behalf of themselves and all
others similarly situated,

    Plaintiffs,

v.

DONALD
BOLIDEN AB, et al.,

    Defendants.

No. 04-2771-DIV
JUDGE BERNICE B.

## ORDER GRANTING DEFENDANT HALCOR S.A.'S UNOPPOSED MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

It appearing to the Court that the Motion of Defendant, Halcor S.A., for An Additional Enlargement of Time in Which to Answer, Move or Otherwise Respond to Plaintiffs' Complaint is well taken and should be granted;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Defendant, Halcor S.A., is granted an additional enlargement of time through and including May 21, 2005, to answer, move or otherwise respond to the Plaintiffs' Complaint.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

79

Entered this _13th_ day of _May_, 2005.

By: _Diane K. Vescovo_
~~HONORABLE BERNICE B. DONALD~~
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Honorable Bernice Donald
US DISTRICT COURT