IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



In re COPPER TUBING LITIGATION

This Document Relates To:

All Actions

Master File No. 04-2771-DV

District Judge Bernice B. Donald
Magistrate Judge Diane K. Vescovo

## ~~PROPOSED~~ ORDER GRANTING AGREED MOTION OF DEFENDANTS MUELLER EUROPE LTD., BOLIDEN AB, BOLIDEN FABRICATION AB, IMI PLC, IMI KYNOCH LTD., YORKSHIRE COPPER TUBE LTD., TRÉFIMÉTAUX SA, EUROPA METALLI SPA, OUTOKUMPU OYJ AND OUTOKUMPU COPPER PRODUCTS OY FOR ADDITIONAL TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND

The Court having considered the Agreed Motion of Defendants Mueller Europe Ltd., Boliden AB, Boliden Fabrication AB, IMI PLC, IMI Kynoch Ltd., Yorkshire Copper Tube Ltd., Tréfimétaux SA, Europa Metalli SPA, Outokumpu OYJ and Outokumpu Copper Products OY (collectively, "Moving Defendants") for Additional Time in Which to Answer, Move, or Otherwise Respond to the consolidated amended class action complaint and the memorandum in support thereof and finding them to be well taken,

IT IS HEREBY ORDERED THAT the Agreed Motion of Moving Defendants for an extension of time through and including June 28, 2005 in which to answer, move, or otherwise respond is hereby granted, with the Moving Defendants having reserved all rights and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05



defenses, including without limitation all rights and defenses relating to personal jurisdiction and/or service of the Complaint.

                                           _____
                                                                                      Judge

ENTERED THIS 23rd day of May, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Honorable Bernice Donald
US DISTRICT COURT