UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION AT MEMPHIS

FILED BY _____ D.C.

05 JUN 30 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

AMERICAN COPPER & BRASS, INC., on )
behalf of itself and all others similarly )
situated, )
)
Plaintiffs, )
)
v. )          Civil Action No. 04-2771
)          Judge Donald
)          Magistrate Judge Vescovo
BOLIDEN AB; et al, )
)
Defendants. )
)

---

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF DAVID I. GELFAND

---

The Court, having considered the motion of Defendants, KME America Inc. ("KME") to

allow David I. Gelfand, Esq. of Cleary, Gottlieb, Steen & Hamilton, to appear pro hac vice in

this case, finds that the motion is well taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that David I. Gelfand of the law firm Cleary,

Gottlieb, Steen & Hamilton may appear in this case pro hac vice.

**SIGNED**, this the 30ᵗ day of June, 2005.

U.S. District Court Judge Donald

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05

118

APPROVED FOR ENTRY

BOULT, CUMMINGS, CONNERS & BERRY, PLC

By: _____

Paul A. Alexis (No. 009866)
Colin J. Carnahan (No. 018579)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 244-2582
Facsimile: (615) 252-6385


*Attorneys for Defendants KME America Inc..*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded via facsimile to:

Paul Kent Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN  37215-0734
Facsimile: (615) 297-3444

Mary Jane Edelstein Fait
Wolf Haldenstein Adler Freeman & Herz
656 West Randolph Street, Suite 500W
Chicago, IL  60661
Facsimile: (312) 466-9292

B.J. Wade, Esq.
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street Building
Memphis, TN  38103
Facsimile: (901) 521-0940

Richard N. LaFlamme
LaFlamme & Mauldin, P.C.
2540 Spring Arbor Road
Jackson, Michigan  49203
Facsimile: (517) 784-1818

William M. Audet
Alexander Hawes & Audet L.L.P.
152 North Third Street, Suite 600
San Jose, CA  95112
Facsimile: (408) 287-1776

John I. Houseal, Jr.
Glankler Brown, PLLC
One Commerce Square, Suite 1700
Memphis, TN  38103
Facsimile: (901) 525-2389

J. Brook Lathram
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN  38103
Facsimile: (901) 524-5024

Robert L. Crawford
Wyatt Tarrant & Combs
PO Box 775000
Memphis, TN  38177-5000
Facsimile: (901) 537-1010

Alexandra H. Russello
Kelly M. Hnatt
Sameer Nitanand Advani
Scott S. Rose
William H. Rooney
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019
Facsimile: (212) 728-8111

Mark S. Olson
Ranelle A. Leier
Oppenheimer Wolff & Donnelly
3400 Plaza VII
45 S. Seventh Street
Minneapolis, MN  55402-1609
Facsimile (612) 607-7100

Aidan Synnott
Moses Silverman
Seema Tendolkar
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
Facsimile: (212) 757-3990

James R. Newsom, III
Harris Shelton Hanover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN 38103-2555
Facsimile: (901) 526-4084

Daniel C. Oliverio
Kevin M. Kearney
Hodgson Russ, LLP
One M & T Plaza, Suite 2000
Buffalo, NY 14203
Facsimile: (716) 849-0349

Jerome A. Broadhurst
Armstrong Allen, PLLC
Brinkley Plaza
80 Monroe Avenue, Suite 700
Memphis, TN 38103-2467
Facsimile: (901) 524-4936

on this the 21 day of June, 2005.

Colin J. Carnahan

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Honorable Bernice Donald
US DISTRICT COURT