IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



In re COPPER TUBING LITIGATION

This Document Relates To:

All Actions

Master File No. 04-2771-DV

District Judge Bernice B. Donald
Magistrate Judge Diane K. Vescovo

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE A REPLY BRIEF IN SUPPORT OF
## CERTAIN DEFENDANTS' MOTION TO DISMISS THE
## CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

The Court having considered the Motion for Leave to File a Reply Brief in Support of Certain Defendants' Motion to Dismiss the Consolidated Amended Class Action, and finding it to be well taken,

IT IS HEREBY ORDERED that the moving defendants shall be allowed to file a reply brief in support of their Motion to Dismiss the Consolidated Amended Class Action Complaint.

Entered this /st day of July, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __7-5-05__

120

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was duly served on counsel for plaintiffs in this action on June 17, 2005, by delivery to the following by the method indicated:

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215-0734
(By Regular Mail)

B.J. Wade
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103
(By Hand Delivery)

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
(By Federal Express)

William M. Audet
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street
Suite 600
San Jose, CA 95112
(By Federal Express)

_____
Robert L. Crawford

513959.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Honorable Bernice Donald
US DISTRICT COURT