UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION AT MEMPHIS

FILED BY ___ D.C.
05 JUL -1 PM 3:01
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AMERICAN COPPER & BRASS, INC., on behalf of itself and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>BOLIDEN AB; et al,<br><br>   Defendants. | Civil Action No. 04-2771<br>Judge Donald<br>Magistrate Judge Vescovo |

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF MATTHEW I. BACHRACK

The Court, having considered the motion of Defendants, KME America Inc. ("KME") to allow Matthew I. Bachrack, Esq. of Cleary, Gottlieb, Steen & Hamilton, to appear pro hac vice in this case, finds that the motion is well taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Matthew I. Bachrack of the law firm Cleary, Gottlieb, Steen & Hamilton may appear in this case pro hac vice.

SIGNED, this the 1st day of July, 2005.

_____
U.S District Court Judge Donald

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-5-05

1082634 v1
105928-001  6/21/2005

121

APPROVED FOR ENTRY

BOULT, CUMMINGS, CONNERS & BERRY, PLC

By: _____
Paul A. Alexis (No. 009866)
Colin J. Carnahan (No. 018579)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 244-2582
Facsimile: (615) 252-6385

*Attorneys for Defendants KME America Inc..*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via facsimile to:

Paul Kent Bramlett
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215-0734
Facsimile: (615) 297-3444

B.J. Wade, Esq.
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street Building
Memphis, TN 38103
Facsimile: (901) 521-0940

William M. Audet
Alexander Hawes & Audet L.L.P.
152 North Third Street, Suite 600
San Jose, CA 95112
Facsimile: (408) 287-1776

J. Brook Lathram
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103
Facsimile: (901) 524-5024

Alexandra H. Russello
Kelly M. Hnatt
Sameer Nitanand Advani
Scott S. Rose
William H. Rooney
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Facsimile: (212) 728-8111

Mary Jane Edelstein Fait
Wolf Haldenstein Adler Freeman & Herz
656 West Randolph Street, Suite 500W
Chicago, IL 60661
Facsimile: (312) 466-9292

Richard N. LaFlamme
LaFlamme & Mauldin, P.C.
2540 Spring Arbor Road
Jackson, Michigan 49203
Facsimile: (517) 784-1818

John I. Houseal, Jr.
Glankler Brown, PLLC
One Commerce Square, Suite 1700
Memphis, TN 38103
Facsimile: (901) 525-2389

Robert L. Crawford
Wyatt Tarrant & Combs
PO Box 775000
Memphis, TN 38177-5000
Facsimile: (901) 537-1010

Mark S. Olson
Ranelle A. Leier
Oppenheimer Wolff & Donnelly
3400 Plaza VII
45 S. Seventh Street
Minneappolis, MN 55402-1609
Facsimile (612) 607-7100

| | |
|---|---|
| Aidan Synnott<br>Moses Silverman<br>Seema Tendolkar<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Facsimile: (212) 757-3990 | James R. Newsom, III<br>Harris Shelton Hanover Walsh, PLLC<br>One Commerce Square, Suite 2700<br>Memphis, TN 38103-2555<br>Facsimile: (901) 526-4084 |
| Daniel C. Oliverio<br>Kevin M. Kearney<br>Hodgson Russ, LLP<br>One M & T Plaza, Suite 2000<br>Buffalo, NY 14203<br>Facsimile: (716) 849-0349 | Jerome A. Broadhurst<br>Armstrong Allen, PLLC<br>Brinkley Plaza<br>80 Monroe Avenue, Suite 700<br>Memphis, TN 38103-2467<br>Facsimile: (901) 524-4936 |

on this the 21st day of June, 2005.

/s/ Colin J. Carnahan
Colin J. Carnahan

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 121 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
414 Union St.
Ste. 1600
Nashville, TN 37219

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT