IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

In re COPPER TUBING LITIGATION

This Document Relates To:

All Actions

Master File No. 04-2771-DV

District Judge Bernice B. Donald
Magistrate Judge Diane K. Vescovo

### ~~PROPOSED~~ ORDER GRANTING AGREED MOTION OF DEFENDANTS MUELLER INDUSTRIES, INC., WIELAND METALS, INC., OUTOKUMPU COPPER (U.S.A.), INC., AND KME AMERICA INC. FOR ADDITIONAL TIME IN WHICH TO ANSWER

The Court having considered the Motion of Defendants Mueller Industries, Inc., Wieland Metals, Inc., Outokumpu Copper (U.S.A.), Inc., and KME America Inc. (collectively, the "Moving Defendants") for Additional Time in Which to Answer the Consolidated Complaint and the memorandum in support thereof and finding it to be well taken,

IT IS HEREBY ORDERED THAT the Motion of the Moving Defendants for Additional Time in Which to Answer is granted.  The Moving Defendants time to answer the consolidated complaint is extended to and including August 26, 2005.

_____
Magistrate Judge Diane K. Vescovo

ENTERED THIS 26th day of July, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that a copy of the foregoing was duly served on counsel for plaintiff in this action on July 25, 2005, by delivery to the following by the method indicated:

B.J. Wade
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
26 North Second Street
Memphis, TN 38103
(By U.S. Mail, postage prepaid)

William M. Audet
ALEXANDER, HAWES & AUDET, LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104
(By U.S. Mail, postage prepaid)

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215-0734
(By U.S. Mail, postage prepaid)

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
FREEMENT & HERZ LLP
55 West Monroe Street
Suite 1111
Chicago, IL 60603
(By U.S. Mail, postage prepaid)

Robert L. Crawford

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 135 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Honorable Bernice Donald
US DISTRICT COURT