IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION AT MEMPHIS

FILED BY ____ D.C.
05 AUG -2 AM 7:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

In re COPPER TUBING LITIGATION

Master File No. 04-2771

This Document Relates to:

ALL ACTIONS

Honorable Judge Bernice B. Donald
Magistrate Judge Diane K. Vescovo

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

**IT APPEARING** to the Court that the Plaintiffs' Unopposed Motion to Exceed Page Limitation in connection with Plaintiffs' Memorandum of Law in Opposition to Various Defendants' Motions to Dismiss the Complaint is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs are hereby permitted to exceed the page limitation up to and including a total of twenty-eight (28) pages in connection with Plaintiffs' Memorandum of Law in Opposition to Various Defendants' Motions to Dismiss the Complaint.

_____
JUDGE

DATE: August 1, 2005

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 137 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Honorable Bernice Donald
US DISTRICT COURT