IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 11 PM 4: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

In re COPPER TUBING LITIGATION

This Document Relates To:

All Actions

Master File No. 04-2771-DV

District Judge Bernice B. Donald
Magistrate Judge Diane K. Vescovo

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS MUELLER EUROPE LTD., BOLIDEN AB, BOLIDEN FABRICATION AB, BOLIDEN CUIVRE & ZINC S.A., IMI PLC, IMI KYNOCH LTD., YORKSHIRE COPPER TUBE LTD., TRÉFIMÉTAUX SA, EUROPA METALLI SPA, OUTOKUMPU OYJ AND OUTOKUMPU COPPER PRODUCTS OY FOR LEAVE TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

The Court having considered the Unopposed Motion of Defendants Mueller Europe Ltd., Boliden AB, Boliden Fabrication AB, Boliden Cuivre & Zinc S.A., IMI plc, IMI Kynoch Ltd., Yorkshire Copper Tube Ltd., Tréfimétaux S.A., Europa Metalli SPA, Outokumpu Oyj and Outokumpu Copper Products Oy (collectively the "moving defendants") for Leave to File Reply Briefs in Support of Their Motions to Dismiss the Consolidated Amended Class Action Complaint, and finding it to be well taken,

IT IS HEREBY ORDERED that the moving defendants shall be allowed to file reply briefs in support of their Motions to Dismiss the Consolidated Amended Class Action Complaint on or before Friday, August 19, 2005.

Entered this 11th day of August, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-16-05

143

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Kelly M. Hnatt  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Ave.  
New York, NY 10019  

Paul A. Alexis  
BOULT CUMMINGS CONNERS & BERRY  
1600 Division Street, Suite 700  
P.O. Box 340025  
Nashville, TN  

John I. Houseal  
GLANKLER BROWN, PLLC  
One Commerce Square  
Suite 1700  
Memphis, TN 38103  

David R. Esquivel  
BASS BERRY & SIMS PLC  
315 Deaderick Street  
Ste. 2700  
Nashville, TN 37238--000  

J. Brook Lathram  
BURCH PORTER & JOHNSON  
130 N. Court Avenue  
Memphis, TN 38103  

William H. Rooney  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Ave.  
New York, NY 10019  

Mark S. Olson  
OPPENHEIMER WOLFF & DONNELLY  
3400 Plaza VII  
45 S. Seventh St.  
Minneapolis, MN 55402--160  

Moses Silverman  
PAUL WEISS RIFKIND WHARTON & GARRISON  
1285 Avenue of the Americas  
New York, NY 10019  

Matthew I. Bachrack  
CLEARY, GOTTLIEB, STEEN & HAMILTON  
2000 Pennsylvannia Ave. N.W. Suite 9000  
Washington, DC 20006--180

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Honorable Bernice Donald
US DISTRICT COURT