FILED BY_____D.C.

IN THE UNITED STATES DISTRICT COURT 05 AUG 16  PM 12: 13
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| In re COPPER TUBING LITIGATION | |
| | Master File No. 04-2771-DV |
| AMERICAN COPPER & BRASS, INC. and THE BANKRUPT ESTATE OF SMITH AND WOFFORD PLUMBING AND INDUSTRIAL SUPPLY, INC. on behalf of themselves and all others similarly situated, | Honorable Judge Bernice B. Donald Magistrate Judge Diane K. Vescovo |
| Plaintiff, | |
| v. | |
| BOLIDEN AB, BOLIDEN FABRICATION AB, BOLIDEN CUIVRE & ZINC S.A., HALCOR S.A., HME NEDERLAND BV, IMI KYNOCH LTD., YORKSHIRE COPPER TUBE LTD, KM EUROPA METAL AG, KME AMERICA INC., TREFIMETAUX SA, EUROPA METALLI SPA, MUELLER INDUSTRIES, INC., WTC HOLDING COMPANY, INC., MUELLER EUROPE LTD, DENO HOLDING COMPANY, INC., OUTOKUMPU OYJ, OUTOKUMPU COPPER PRODUCTS OY, OUTOKUMPU COPPER (U.S.A.), INC., WIELAND WERKE AG, WIELAND METALS, INC., AUSTRIA BUNTMETALL AG, and BUNTMETALL AMSTETTEN GMBH, | |
| Defendant. | |

ORDER GRANTING AGREED MOTION OF DEFENDANT
BUNTMETALL AMSTETTEN GMBH FOR ADDITIONAL TIME
IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

The Court having considered the Motion of Defendant Buntmetall Amstetten GmbH

("Buntmetall Amstetten," or the "Moving Defendant") for Additional Time in Which to Answer,

Move or Otherwise Respond to plaintiffs' Consolidated Amended Class Action Complaint (the

"Complaint") and finding it to be well taken,

146

IT IS HEREBY ORDERED THAT the Motion of the Moving Defendant for Additional Time in Which to Answer, Move or Otherwise Respond is granted. The Moving Defendant's time to answer, move or otherwise respond to the Complaint is extended to and including September 14, 2005.

_Diane K. Vescovo_
Magistrate Judge Diane K. Vescovo

ENTERED THIS _16th_ day of _August_, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in
case 2:04-CV-02771 was distributed by fax, mail, or direct printing on
August 18, 2005 to the parties listed.

---

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Honorable Bernice Donald
US DISTRICT COURT