IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 22 PM 4: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

In re COPPER TUBING LITIGATION

Master File No. 04-2771-DV

---

AMERICAN COPPER & BRASS, INC. and THE
BANKRUPT ESTATE OF SMITH AND WOFFORD
PLUMBING AND INDUSTRIAL SUPPLY, INC. on
behalf of themselves and all others similarly situated,

Plaintiff,

v.

BOLIDEN AB, BOLIDEN FABRICATION AB,
BOLIDEN CUIVRE & ZINC S.A., HALCOR S.A.,
HME NEDERLAND BV, IMI KYNOCH LTD.,
YORKSHIRE COPPER TUBE LTD, KM EUROPA
METAL AG, KME AMERICA INC.,
TREFIMETAUX SA, EUROPA METALLI SPA,
MUELLER INDUSTRIES, INC., WTC HOLDING
COMPANY, INC., MUELLER EUROPE LTD,
DENO HOLDING COMPANY, INC.,
OUTOKUMPU OYJ, OUTOKUMPU COPPER
PRODUCTS OY, OUTOKUMPU COPPER (U.S.A.),
INC., WIELAND WERKE AG, WIELAND
METALS, INC., AUSTRIA BUNTMETALL AG, and
BUNTMETALL AMSTETTEN GMBH,

Defendant.

Honorable Judge Bernice B. Donald
Magistrate Judge Diane K. Vescovo

---

## ORDER GRANTING AGREED MOTION OF
## DEFENDANT AUSTRIA BUNTMETALL AG FOR ADDITIONAL
## TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

The Court having considered the Motion of Defendant Austria Buntmetall AG ("Austria

Buntmetall," or the "Moving Defendant") for Additional Time in Which to Answer, Move or

Otherwise Respond to plaintiffs' Consolidated Amended Class Action Complaint (the

"Complaint") and finding it to be well taken,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



IT IS HEREBY ORDERED THAT the Motion of the Moving Defendant for Additional Time in Which to Answer, Move or Otherwise Respond is granted. The Moving Defendant's time to answer, move or otherwise respond to the Complaint is extended to and including September 14, 2005.

_Diane K. Vescovo_
Magistrate Judge Diane K. Vescovo

ENTERED THIS 22nd day of _August_, 2005

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was duly served on counsel for plaintiffs in this action on August 19, 2005, by delivery to the following by the method indicated:

B.J. Wade
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
26 North Second Street
Memphis, TN 38103
(By U.S. Mail, postage prepaid)

William M. Audet
ALEXANDER, HAWES & AUDET, LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104
(By U.S. Mail, postage prepaid)

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215-0734
(By U.S. Mail, postage prepaid)

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
FREEMENT & HERZ LLP
55 West Monroe Street
Suite 1111
Chicago, IL 60603
(By U.S. Mail, postage prepaid)

James R. Newsom III

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 157 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT