IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION AT MEMPHIS

FILED BY _____ D.C.

05 SEP 21  AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

In re COPPER TUBING LITIGATION           Master File No. 04-2771

This Document Relates to:                **Honorable Judge Bernice B. Donald**
                                         **Magistrate Judge Diane K. Vescovo**
ALL ACTIONS

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO VARIOUS DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT

On Motion by Plaintiffs for Leave to File Surreply in Opposition to Various Defendants' Motions to Dismiss the Complaint, and for good cause shown, it is hereby Ordered that Plaintiffs be permitted to file a surreply in opposition to various Defendants' motions to dismiss the Complaint.

_____
JUDGE
DATE: 9-20-2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9/22/05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 171 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402--160

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3300 Plaza VII Bldg
45 S. Seventh St.
Minneapolis, MN 55402--160

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Danielle M. Aguirre
PAUL WEISS RIFKIND WHARTON AND GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Honorable Bernice Donald
US DISTRICT COURT