FILED BY _____ D.C.

05 NOV -2 PM 2:18

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FILED ____ Cas ____ D.C.

2005 NOV -1 PM 3:22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re COPPER TUBING LITIGATION )
)                              Master File No. 04-2771-DV
)
)                              Honorable Judge Bernice B. Donald
)                              Magistrate Judge Diane K. Vescovo
This Document Relates To:     )
All Actions                   )
_____)

## MOTION OF DEFENDANTS AUSTRIA BUNTMETALL AG AND BUNTMETALL AMSTETTEN GMBH FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Austria Buntmetall AG and Buntmetall Amstetten GmbH ("moving defendants") move the Court for leave to file a reply brief in support of moving defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint. Moving defendants propose to file their reply brief by December 2, 2005. For grounds in support of this Motion, moving defendants refer the Court to the Memorandum filed in support hereof.

As set forth in the Certificate of Consultation filed in support hereof, counsel for plaintiffs do not oppose this motion.

Dated: November 1, 2005.

**MOTION GRANTED**

DATE: 11-2-2005

_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

document entered on the docket sheet in compliance
Rule 58 and/or 79(a) FRCP on _____

186

Respectfully submitted,

**HARRIS SHELTON HANOVER WALSH, PLLC**

By: _/s/ James R. Newsom_
James R. Newsom (TN Bar No. 06683)
2700 One Commerce Square
Memphis, TN 38103
(901) 432-9211 (ph)
(901) 526-4084 (f)

*Of Counsel:*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Moses Silverman
Aidan Synnott

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3355 (ph)
(212) 492-0355 (f)

*Counsel for Austria Buntmetall AG and Buntmetall Amstetten GmbH*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing document was duly served on the following counsel in this action on November 1, 2005, by U.S. Mail, first class postage prepaid:

B.J. Wade
GLASSMAN, EDWARDS,
WADE & WYATT, P.C.
26 North Second Street
Memphis, TN 38103

William M. Audet
Ryan M. Hagan
Jason T. Baker
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street
Suite 600
San Jose, CA 95112

Richard N. LaFlamme
LAFLAMME & MAUDLIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Paul A. Alexis
Colin J. Carnahan
BOULT, CUMMINGS,
CONNERS & BERRY, PLC
1600 Division Street, Suite 700
Nashville, TN 37203

Robert L. Crawford
WYATT, TARRANT & COMBS, LLP
P.O. Box 775000
Memphis, Tennessee 38177-5000

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215-0734

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
FREEMENT & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603

David I. Gelfand
Matthew I. Bachrack
CLEARY, GOTTLIEB,
STEEN & HAMILTON
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

William H. Rooney
Scott S. Rose
Kelly M. Hnatt
Joanna Rotgers
Sameer Nitanand Advani
Alexander H. Russello
WILKIE, FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, NY 10019

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue, Suite 700
Memphis, TN 38103-2467

Kevin M. Kearney
Robert J. Fluskey, Jr.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391

J. Brooke Lathram
BURCH PORTER & JOHNSON
130 North Court Avenue
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square, Suite 1700
Memphis, TN 38103

David R. Esquivel
BASS, BERRY & SIMS PLC
AmSouth Center
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001

Mark S. Olsen
Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402-1609

Paul W. Bartel II
D. Scott Tucker
Candy M. Lawson
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

_____
James R. Newsom III

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 186 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Colin J. Carnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3400 Plaza VII Bldg.
Minneapolis, MN 55402--160

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3300 Plaza VII Bldg.
Minneapolis, MN 55402--160

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Danielle M. Aguirre
PAUL WEISS RIFKIND WHARTON AND GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019

Honorable Bernice Donald
US DISTRICT COURT