3072937.1

FILED BY ___ D.C.

05 DEC 14  AM 6: 47

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

In re COPPER TUBING LITIGATION

This Document Relates To:

All Actions

Master File No. 04-2771-DV

District Judge Bernice B. Donald
Magistrate Judge Diane K. Vescovo

## ORDER GRANTING MOTION OF DEFENDANTS WTC HOLDING COMPANY, INC. AND DENO HOLDING COMPANY, INC. FOR ADDITIONAL TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION

The Court having considered the Motion of Defendants WTC Holding Company,

Inc. ("WTC") and Deno Holding Company, Inc. ("Deno") for Additional Time in Which to

Respond to Plaintiffs' Motion for Reconsideration of July 6, 2005 Order Granting Motion to

Dismiss as to WTC and Deno (the "Motion for Reconsideration") and the memorandum in

support thereof and finding it to be well taken,

IT IS HEREBY ORDERED THAT the Motion of WTC Holding Company, Inc.

and Deno Holding Company, Inc. for Additional Time in Which to Respond to Plaintiffs'

Motion for Reconsideration is granted.  WTC and Deno's time to respond to the Motion for

Reconsideration is extended to and including January 13, 2006.

Judge Bernice B. Donald

ENTERED THIS 13th day of December, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was duly

served on counsel for plaintiffs in this action on December 7, 2005, by delivery to the following

via electronic mail and regular U.S. Mail, postage prepaid:

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN  37215-0734

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL  60603

B.J. Wade
GLASSMAN, EDWARDS, WADE &
WYATT, P.C.
26 N. Second Street
Memphis, TN  38103

William M. Audet
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street
Suite 600
San Jose, CA  95112

and to counsel for co-defendants via electronic mail and regular U.S. mail, postage prepaid:

BASS BERRY & SIMS PLC
R. Dale Grimes
Amsouth Center
315 Deaderick Street, Suite 2700
Nashville, TN 37238-3001

ARMSTRONG ALLEN, PLLC
Jerome A. Broadhurst
80 Monroe Avenue, Suite 700
Memphis, Tennessee 38103-2467

DAVIS POLK & WARDWELL
Paul W. Bartel, II
450 Lexington Avenue
New York, NY 10017

HODGSON RUSS LLP
Kevin M. Kearney
Robert B. Fleming, Jr.
Robert J. Fluskey, Jr.,
One M & T Plaza, Suite 2000
Buffalo, New York 14203-2301

BURCH, PORTER & JOHNSON, PLLC
J. Brook Lathram
130 North Court Avenue
Memphis, Tennessee 38103

HARRIS SHELTON HANOVER WALSH,
PLLC
James R. Newsom
2700 One Commerce Square
Memphis, TN 38103

OPPENHEIMER, WOLFF & DONNELLY
LLP
Mark Olson
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402


BOULT, CUMMINGS, CONNERS &
BERRY PLC
Paul A. Alexis
Colin J. Carnahan
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203


CLEARY GOTTLIEB STEEN &
HAMILTON LLP
David I. Gelfand
Matthew I. Bachrack
2000 Pennsylvania Avenue, NW
Washington, DC 20006

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Moses Silverman
Aidan Synnott
1285 Avenue of the Americas
New York, NY 10019-6064


GLANKER BROWN PLLC
John I. Houseal, Jr.
One Commerce Square
Suite 1700
Memphis, TN 38103


ORRICK, HERRINGTON & SUTCLIFFE
LLP
Garret Rasmussen
3050 K Street, N.W.
Washington, D.C. 20007-5135


_Robert L. Crawford_

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 208 in
case 2:04-CV-02771 was distributed by fax, mail, or direct printing on
December 19, 2005 to the parties listed.

---

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jason T. Baker
ALEXANDER HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3300 Plaza VII Bldg.
Minneapolis, MN 55402--160

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Colin J. bCarnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3400 Plaza VII Bldg.
Minneapolis, MN 55402--160

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Ryan M. Hagan
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Danielle M. Aguirre
PAUL WEISS RIFKIND WHARTON AND GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

Honorable Bernice Donald
US DISTRICT COURT