IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION AT MEMPHIS

FILED BY _____ D.C.

05 DEC 19 AM 6:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| In re COPPER TUBING LITIGATION | Master File No. 04-2771 MI/V |
| This Document Relates To:<br><br>All Actions | Honorable Judge Bernice B. Donald<br>Magistrate Judge Diane K. Vescovo<br><br>**ORAL ARGUMENT REQUESTED** |

### [PROPOSED] ORDER GRANTING DEFENDANT HALCOR, S.A.'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

**IT APPEARING** to the Court that Defendant Halcor, S.A.'s Unopposed Motion To Exceed Page Limitation in connection with its Memorandum of Law In Further Support of Defendant Halcor, S.A.'s Motion To Dismiss Complaint is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Defendant Halcor, S.A. is hereby permitted to exceed the page limitation up to and including a total of 25 pages in connection with its Reply Memorandum.

_____
JUDGE

12-16-2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___12/20/05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 209 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Jason T. Baker
ALEXANDER HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3300 Plaza VII Bldg.
Minneapolis, MN 55402--160

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Danielle M. Aguirre
PAUL WEISS RIFKIND WHARTON AND GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019

Colin J. bCarnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Ryan M. Hagan
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3400 Plaza VII Bldg.
Minneapolis, MN 55402--160

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Honorable Bernice Donald
US DISTRICT COURT