IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN SECTION

FILED BY _____ D.C.

05 DEC 22 PM 4: 33

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| In re COPPER TUBING LITIGATION | |
| This Documents Relates To: <br><br> AMERICAN COPPER & BRASS, INC. and THE BANKRUPT ESTATE OF SMITH AND WOFFORD PLUMBING AND INDUSTRIAL SUPPLY, INC., on behalf of themselves and all others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> BOLIDEN AB, et al., <br><br>     Defendants. | Master File No. 04-2771-DV <br><br> Honorable Judge Bernice B. Donald <br> Magistrate Judge Diane K. Vescovo |

**ORDER GRANTING DEFENDANT HALCOR S.A.'S UNOPPOSED MOTION AND MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S HALCOR S.A.'S MOTION TO DISMISS COMPLAINT & CERTIFICATE OF CONSULTATION**

Upon review of Halcor S.A.'s Unopposed Motion and Memorandum for Leave to File Reply Memorandum to Plaintiff's Memorandum in Opposition to Defendant's Halcor S.A.'s Motion to Dismiss Complaint, the Court finds that said Motion is unopposed and well-taken. Accordingly, Halcor's Motion for leave of Court to file a reply memorandum to Plaintiff's Memorandum in Opposition is GRANTED, and Halcor shall have until Wednesday, December 7, 2005 to file said reply.

**SO ORDERED.**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12/27/05_

Dated: December 22, 2005.

_____
UNITED STATES DISTRICT COURT
JUDGE BERNICE B. DONALD

DOCSDC1:220509.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 211 in case 2:04-CV-02771 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Seema Tendolkar
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of Americas
New York, NY 10019

Ryan M. Hagan
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

Mark S. Olson
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3400 Plaza VII Bldg.
Minneapolis, MN 55402--160

David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006--180

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC- Chicago
55 W. Monroe St.
Ste. 1111
Chicago, IL 60603

Richard N. LaFlamme
LAFLAMME & MAULDIN, P.C.
2540 Spring Arbor Road
Jackson, MI 49203

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

David R. Esquivel
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
Nashville, TN 37203

Sameer Nitanand Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Scott S. Rose
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave
New York, NY 10019

Danielle M. Aguirre
PAUL WEISS RIFKIND WHARTON AND GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019

William H. Rooney
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Jason T. Baker
ALEXANDER HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112

Aidan Synnott
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Kevin M. Kearney
HODGSON RUSS LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Kelly M. Hnatt
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Paul A. Alexis
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Paul Kent Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215--073

Alexandra H. Russello
WILLKIE FARR & GALLAGHER LLP
787 Seventh Ave.
New York, NY 10019

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019

Daniel C. Oliverio
HODGSON RUSS, LLP
One M & T Plaza
Ste 2000
Buffalo, NY 14203

Matthew I. Bachrack
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvannia Ave. N.W. Suite 9000
Washington, DC 20006--180

Ranelle A. Leier
OPPENHEIMER WOLFF & DONNELLY
45 S. Seventh St.
3300 Plaza VII Bldg.
Minneapolis, MN 55402--160

Colin J. bCarnahan
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

Honorable Bernice Donald
US DISTRICT COURT